**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SAVANNA DEPOT TECHNOLOGIES CORP. | § | Case No. 06-70143 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 07, 2006. The undersigned trustee was appointed on February 07, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 28,783.03

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 28,783.03 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was 11/29/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,628.30. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,628.30, for a total compensation of $3,628.30. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2010 By:/s/THOMAS J. LESTER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-70143
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.

**Period Ending:** 02/05/10

**Trustee:** (330330) THOMAS J. LESTER
**Filed (f) or Converted (c):** 02/07/06 (f)
**§341(a) Meeting Date:** 03/16/06
**Claims Bar Date:** 11/29/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) DA=§554(c) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris Bank of Naperville-Checking account | 3,501.50 | 3,501.50 | | 3,481.50 | FA |
| 2 | Digital camera | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 Steyer M9 pistol | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1 Ruger P89 pistol | 350.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1 Pana Ordinace L14.95 Pistol | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Central Mutual Insurance Company<br>c/o Broadmoor Agency<br>202 W. State Street<br>Suite 200<br>Rockford, IL 61101<br>Policy Number 7554429<br>General Commercial Liability-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Potential unliquidated, contingent claim against William Lynes for Breach of Fiduciary Duty | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Potential unliquidated, contingent claim against Charles Rose for negligence | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Computers, copiers, printers-See Exhibit A | 10,000.00 | 10,000.00 | | 25,000.00 | FA |
| 10 | Heavy equipment-leased from IFC Credit See attached Exhibit B*not making any legal conclusion that this equipment is a true lease or financing arrangement/purchase | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interest (u) | Unknown | N/A | | 301.53 | Unknown |
| 11 | **Assets** **Totals** (Excluding unknown values) | **$715,351.50** | **$13,501.50** | | **$28,783.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order entered on 2/1/10 authorizing the Trustee to file a final Report and holding the Estate and Trustee harmless from any further liability for the payment of taxes to any tax authorities and from the filing of any Estate Tax Returns on the basis that the Debtor failed to file Tax Returns for years 2004 and 2005, the Trustee was unable to locate any information relating to federal or state taxes the Debtor paid in years prior to year 2003, the last Balance Sheet the Trustee recovered is for the fiscal year year ending 9/30/04, and the Trustee has no business records after fiscal year 2004 through the date of the bankruptcy case filing on 2/7/06 to provide to his accountants to prepare and file Estate Tax Returns. The IRS filed an allowed priority claim against the estate in the amount of $509.53 and an unsecured claim in the amount of $285.56. No other taxing authority filed a claim against the Estate.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-70143
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.

**Period Ending:** 02/05/10

**Trustee:** (330330) THOMAS J. LESTER
**Filed (f) or Converted (c):** 02/07/06 (f)
**§341(a) Meeting Date:** 03/16/06
**Claims Bar Date:** 11/29/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 15, 2007 **Current Projected Date Of Final Report (TFR):** February 1, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-70143
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.
**Taxpayer ID #:** 32-0056624
**Period Ending:** 02/05/10

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/06 | {9} | Illinois Information Management LLC | Pursuant to order entered 9/13/06. | 1129-000 | 25,000.00 | | 25,000.00 |
| 09/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.72 | | 25,002.72 |
| 10/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.52 | | 25,020.24 |
| 11/30/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.44 | | 25,036.68 |
| 12/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.90 | | 25,052.58 |
| 01/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.70 | | 25,069.28 |
| 02/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.49 | | 25,081.77 |
| 03/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.39 | | 25,095.16 |
| 04/26/07 | {1} | Harris N.A. | Closing of Checking Account | 1110-000 | 3,481.50 | | 28,576.66 |
| 04/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.90 | | 28,590.56 |
| 05/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.77 | | 28,606.33 |
| 06/29/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.76 | | 28,621.09 |
| 07/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.30 | | 28,637.39 |
| 08/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.80 | | 28,653.19 |
| 09/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.28 | | 28,667.47 |
| 10/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.83 | | 28,684.30 |
| 11/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.92 | | 28,699.22 |
| 12/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.61 | | 28,713.83 |
| 01/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 13.12 | | 28,726.95 |
| 02/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.89 | | 28,732.84 |
| 03/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.33 | | 28,738.17 |
| 04/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.00 | | 28,742.17 |
| 05/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.59 | | 28,745.76 |
| 06/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.65 | | 28,749.41 |
| 07/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.65 | | 28,753.06 |
| 08/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.41 | | 28,756.47 |
| 09/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.77 | | 28,760.24 |
| 10/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.13 | | 28,763.37 |
| 11/28/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.26 | | 28,765.63 |
| 12/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 28,767.66 |
| 01/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,768.83 |
| 02/27/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,769.92 |
| 03/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,771.17 |
| 04/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,772.34 |
| 05/29/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,773.47 |
| 06/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,774.72 |
| 07/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,775.93 |
| | | | Subtotals : | | $28,775.93 | $0.00 | |

{} Asset reference(s)

Printed: 02/05/2010 04:42 PM V.11.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-70143
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.
**Taxpayer ID #:** 32-0056624
**Period Ending:** 02/05/10

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,777.14 |
| 09/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,778.31 |
| 10/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,779.48 |
| 11/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,780.69 |
| 12/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,781.90 |
| 01/29/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,783.03 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 28,783.03 | 0.00 | $28,783.03 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 28,783.03 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $28,783.03 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-70143
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.
**Taxpayer ID #:** 32-0056624
**Period Ending:** 02/05/10

**Trustee:** THOMAS J. LESTER (330330)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****92-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 28,783.03 |
| Net Estate : | $28,783.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 28,783.03 | 0.00 | 28,783.03 |
| Checking # ***-*****92-66 | 0.00 | 0.00 | 0.00 |
| | $28,783.03 | $0.00 | $28,783.03 |

# Claims Register

## Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | THOMAS J. LESTER<br>100 PARK AVENUE<br>P.O. BOX 1389<br>ROCKFORD, IL 61105-1389<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>02/07/06 | | $3,628.30<br>$3,628.30 | $0.00 | $3,628.30 |
| | Hinshaw & Culbertson LLP<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>02/07/06 | First and Final Fee Application | $3,827.50<br>$3,827.50 | $0.00 | $3,827.50 |
| | Hinshaw & Culbertson LLP<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>02/07/06 | First and Final Expense Reimbursement Request | $42.90<br>$42.90 | $0.00 | $42.90 |
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>02/07/06 | [Employee Federal W/H Distribution:<br>Claim 15A $ 2000.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$2,000.00 | $0.00 | $2,000.00 |
| | Illinois Dept. of Revenue<br><5300-00 Wages>, 510 | Priority<br>02/07/06 | [Employee State W/H Distribution:<br>Claim 15A $ 500.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$500.00 | $0.00 | $500.00 |
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>02/07/06 | [Employee FICA Distribution:<br>Claim 15A $ 620.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$620.00 | $0.00 | $620.00 |

EXHIBIT C

# Claims Register

## Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br><5300-00 Wages>, 510 | Priority<br>02/07/06 | [Employee Medicare Distribution:<br>Claim 15A $ 145.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$145.00 | $0.00 | $145.00 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>02/07/06 | [Employer FICA Distribution:<br>Claim 15A $ 620.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$620.00 | $0.00 | $620.00 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>02/07/06 | [Employer FUTA Distribution:<br>Claim 15A $ 200.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$200.00 | $0.00 | $200.00 |
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>02/07/06 | [Employer Medicare Distribution:<br>Claim 15A $ 145.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$145.00 | $0.00 | $145.00 |

# Claims Register

## Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Revenue | Priority<br>02/07/06 | [Employer SUTA Distribution:<br>Claim 15A $ 200.00 Sean Loeberg<br>Claim 18 $ 0.00 Thomas W Schlosser<br>Claim NOTFILED $ 0.00 Louis W. Giokas<br>] | $0.00<br>$200.00 | $0.00 | $200.00 |
| | <5800-00 Claims of Governmental Units>, 570 | | | | | |
| 1 | CIT Communications Financy Corp<br>1CIT Drive Suite 4104A<br>Livingston, NJ 07039 | Unsecured<br>07/06/06 | Unsecured; History: 1-1 07/06/2006Claim #1 filed by CIT Communications Financy Corp , total amount claimed: $59996.88 (Shabez, Cindy) Address line 1 and 2 are more than 80 characters and cannot be wrapped: 1CIT Drive Suite 4104A<br>Livingston, NJ 07039<br>Scheduled as a Secured Claim. | $59,996.88<br>$59,996.88 | $0.00 | $59,996.88 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 2 | Milo/Beavers<br>611 Main Street<br>Savanna, IL 61074 | Unsecured<br>09/19/06 | Unsecured; History: 2-1 09/19/2006Claim #2 filed by Milo/Beavers , total amount claimed: $1556.76 (Shabez, Cindy) | $1,556.76<br>$1,556.76 | $0.00 | $1,556.76 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 3 | Thomson West<br>610 Opperman Dr D6-11-3807<br>Eagan, MN 55123 | Unsecured<br>09/21/06 | Unsecured; History: 3-1 09/21/2006Claim #3 filed by Thomson West , total amount claimed: $291.14 (Clarke, Jody) | $291.14<br>$291.14 | $0.00 | $291.14 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 4 | Hawkeye<br>PO Box 635<br>Clinton, IA 52733-0635 | Unsecured<br>09/22/06 | Unsecured; History: 4-1 09/22/2006Claim #4 filed by Hawkeye , total amount claimed: $160.72 (Clarke, Jody) Address line 1 and 2 are more than 80 characters and cannot be wrapped: PO Box 635<br>Clinton, IA 52733-0635 | $160.72<br>$160.72 | $0.00 | $160.72 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |

# Claims Register

## Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | RCM Laboratories, Inc.<br>ATTN: Thomas Marlin<br>5400 East Ave.<br>Countryside, IL 60525-3135<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/04/06 | Denied as a duplicate of Claim no. 7. | $54,058.81<br>$0.00 | $0.00 | $0.00 |
| 6 | USA Environmental, Inc.<br>720 Brooker Creek Blvd<br>Suite 204<br>Oldsmar, FL 34677<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/11/06 | Unsecured; History: 6-1 10/11/2006Claim #6 filed by USA Environmental, Inc. , total amount claimed: $42576 (Shabez, Cindy) | $42,576.00<br>$42,576.00 | $0.00 | $42,576.00 |
| 7 | RCM Laboratories, Inc.<br>ATTN: Thomas Marlin<br>5400 East Ave.<br>Countryside, IL 60525-3135<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/11/06 | Unsecured; History: 7-1 10/11/2006Claim #7 filed by RCM Laboratories, Inc. , total amount claimed: $53020.07 (Reilly, William) Address line 1 and 2 are more than 80 characters and cannot be wrapped: ATTN: Thomas Marlin<br>5400 East Ave.<br>Countryside, IL 60525-3135 | $53,020.07<br>$53,020.07 | $0.00 | $53,020.07 |
| 8 | First Enterprises Corp of Chicago<br>2154 Emily Drive<br>Bolingbrook, IL 60490<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/16/06 | Unsecured; History: 8-1 10/16/2006Claim #8 filed by First Enterprises Corp of Chicago , total amount claimed: $8328 (Shabez, Cindy) | $8,328.00<br>$8,328.00 | $0.00 | $8,328.00 |
| 9 | Hartman Electric Company<br>30 Martin Lane<br>Elk Grove Village, IL 60007<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/20/06 | Unsecured; History: 9-1 10/20/2006Claim #9 filed by Hartman Electric Company , total amount claimed: $923122.75 (Shabez, Cindy) | $923,122.75<br>$923,122.75 | $0.00 | $923,122.75 |
| 10A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>10/23/06 | Unsecured claimed:$285.56; Priority claimed:$509.53; Priority; History: 10-1 10/23/2006Claim #10 filed by Department of the Treasury-Internal Revenue Service , total amount claimed: $795.09 (Johnson, Eunice) | $509.53<br>$509.53 | $0.00 | $509.53 |

# Claims Register

## Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10B | Department of the Treasury-Internal Revenue Service<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/07/06 | Claim No. 10 filed for $795.09 with $509.53 scheduled as a priority claim and $285.56 as an unsecured claim. | $285.56<br>$285.56 | $0.00 | $285.56 |
| 11 | Bovis Lend Lease, Inc.<br>One North Wacker Drive<br>Suite 850<br>Chicago, IL 60606<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/09/06 | Unsecured; History: 11-1 11/09/2006Claim #11 filed by Bovis Lend Lease, Inc. , total amount claimed: $126390.82 (Berger, Carrie); (11-1) Incorrect/Incomplete PDF - Filer filed Claim #12 (modified 11/13/06) | $126,390.82<br>$126,390.82 | $0.00 | $126,390.82 |
| 12 | Bovis Lend Lease, Inc.<br>One North Wacker Drive<br>Suite 850<br>Chicago, IL 60606<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/09/06 | Denied as a duplicate of Claim no. 11. | $126,390.82<br>$0.00 | $0.00 | $0.00 |
| 13 | Kates Detective Agency<br>20 N. Clark Street<br>Suite 800<br>Chicago, IL 60602<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/15/06 | Unsecured; History: 13-1 11/15/2006Claim #13 filed by Kates Detective Agency , total amount claimed: $46300 (Shabez, Cindy) | $46,300.00<br>$46,300.00 | $0.00 | $46,300.00 |
| 14 | Kates Detective Agency<br>7810 South Claremont Avenue<br>Chicago, IL 60620<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/15/06 | Denied as a duplicate of Claim no. 13. | $46,300.00<br>$0.00 | $0.00 | $0.00 |
| 15A | Sean Loeberg<br>789 W Menzmer Rd<br>Elizabeth, IL 61028<br><5300-00 Wages>, 510 | Priority<br>11/15/06 | [Gross Wage $10000.00 Less Taxes = Net $6735.00 Federal W/H $2000.00 FICA $620.00 Medicare $145.00 State W/H $500.00] Allowed as a priority claim for $10,000 and an unsecured, non-priority claim for $6,340.43. | $10,000.00<br>$6,735.00 | $0.00 | $6,735.00 |
| 15B | Sean Loeberg<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/07/06 | Filed as a priority claim: $21,340.43. Allowed as a priority claim for $10,000 with the balance for reimbursement of expenses allowed as a general unsecured claim. | $0.00<br>$6,340.43 | $0.00 | $6,340.43 |

# Claims Register

**Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT**

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | Essex<br>2 East 3rd Street<br><br>Sterling, IL 61081<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/06 | Unsecured; History: 16-1 11/21/2006Claim #16 filed by Essex , total amount claimed: $8746.14 (Shabez, Cindy) | $8,746.14<br>$8,746.14 | $0.00 | $8,746.14 |
| 17 | Jo-Carroll Energy<br>793 U.S. Route 20 West<br>PO Box 390<br>Elizabeth, IL 61028-0390<br><br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/28/06 | Unsecured; History: 17-1 11/28/2006Claim #17 filed by Jo-Carroll Energy , total amount claimed: $4572 (Shabez, Cindy) Address line 1 and 2 are more than 80 characters and cannot be wrapped: 793 U.S. Route 20 West<br>PO Box 390<br>Elizabeth, IL 61028-0390 | $4,572.00<br>$4,572.00 | $0.00 | $4,572.00 |
| 18 | Thomas W Schlosser<br>1350 23rd Ave North<br><br>Clinton, IA 52732<br><br><5300-00 Wages>, 510 | Priority<br>11/28/06 | [Gross Wage $0.00 Less Taxes = Net $0.00]<br>Denied as an unsubstantiated wage claim not listed in the Debtor's Schedules. | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Secured Creditors<br><br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>, 100 | Secured<br>02/07/06 | Phone System and Heavy Equipment | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Louis W. Giokas<br><br><5300-00 Wages>, 510 | Priority<br>02/07/06 | [Gross Wage $0.00 Less Taxes = Net $0.00]<br>January, 2006 Wages | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Illinois Dept. of Revenue<br><br><5800-00 Claims of Governmental Units>, 570 | Priority<br>02/07/06 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | IL Secretary of State<br><br><5800-00 Claims of Governmental Units>, 570 | Priority<br>02/07/06 | 2005 Franchise Tax | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

**Case: 06-70143 SAVANNA DEPOT TECHNOLOGIES CORPORAT**

Claims Bar Date: 11/29/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Dept. of Employment Security | Priority | | $0.00 | $0.00 | $0.00 |
| | | 02/07/06 | | $0.00 | | |
| | <5800-00 Claims of Governmental Units>, 570 | | | | | |
| | | | | **Case Total:** | **$0.00** | **$1,300,860.50** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 06-70143
Case Name: SAVANNA DEPOT TECHNOLOGIES CORP.
Trustee Name: THOMAS J. LESTER

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS J. LESTER | $ 3,628.30 | $ |
| *Attorney for trustee* | Hinshaw & Culbertson LLP | $ 3,827.50 | $ 42.90 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,674.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | Internal Revenue Service | $ 2,000.00 | $ 2,000.00 |
| | Illinois Dept. of Revenue | $ 500.00 | $ 500.00 |
| | Internal Revenue Service | $ 620.00 | $ 620.00 |
| | Internal Revenue Service | $ 145.00 | $ 145.00 |
| | Internal Revenue Service | $ 620.00 | $ 620.00 |
| | Internal Revenue Service | $ 200.00 | $ 200.00 |
| | Internal Revenue Service | $ 145.00 | $ 145.00 |
| | Illinois Dept. of Revenue | $ 200.00 | $ 200.00 |
| 10A | Department of the Treasury-Internal Revenue Service | $ 509.53 | $ 509.53 |
| 15A | Sean Loeberg | $ 6,735.00 | $ 6,735.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,281,687.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | CIT Communications Financy Corp | $ 59,996.88 | $ 449.84 |
| 2 | Milo/Beavers | $ 1,556.76 | $ 11.67 |
| 3 | Thomson West | $ 291.14 | $ 2.18 |
| 4 | Hawkeye | $ 160.72 | $ 1.21 |
| 6 | USA Environmental, Inc. | $ 42,576.00 | $ 319.23 |
| 7 | RCM Laboratories, Inc. | $ 53,020.07 | $ 397.53 |
| 8 | First Enterprises Corp of Chicago | $ 8,328.00 | $ 62.44 |
| 9 | Hartman Electric Company | $ 923,122.75 | $ 6,921.36 |
| 10B | Department of the Treasury-Internal Revenue Service | $ 285.56 | $ 2.14 |
| 11 | Bovis Lend Lease, Inc. | $ 126,390.82 | $ 947.65 |
| 13 | Kates Detective Agency | $ 46,300.00 | $ 347.15 |
| 15B | Sean Loeberg | $ 6,340.43 | $ 47.54 |
| 16 | Essex | $ 8,746.14 | $ 65.58 |
| 17 | Jo-Carroll Energy | $ 4,572.00 | $ 34.28 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Document Page 18 of 18

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**