THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL 61105-1389
(815) 490-4900

| The Honorable: | MANUEL BARBOSA |
| Chapter 7 | |
| Location: | 211 South Court Street, Rockford, IL 61101 |
| Hearing Date: | 03/17/2010 |
| Hearing Time: | 09:30am |
| Response Date: | 03/17/2010 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SAVANNA DEPOT TECHNOLOGIES CORP.          §     Case No. 06-70143
                                                 §
                                                 §
Debtor(s)                                        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS J. LESTER                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.  If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/17/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed:  02/01/2010 _____    By:  /s/THOMAS J. LESTER _____
                                          Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

**UST Form 101-7-NFR (9/1/2009)**

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL 61105-1389
(815) 490-4900

| The Honorable: | MANUEL BARBOSA |
|---|---|
| Chapter 7 | |
| Location: | 211 South Court Street, Rockford, IL 61101 |
| Hearing Date: | 03/17/2010 |
| Hearing Time: | 09:30am |
| Response Date: | 03/17/2010 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SAVANNA DEPOT TECHNOLOGIES CORP.    §   Case No. 06-70143

                                                §

                                                §

      Debtor(s)                                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,783.03 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 28,783.03 |

Claims of secured creditors will be paid as follows:

*Claimant*                                       *Proposed Payment*

             N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*               *Fees*               *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Trustee | THOMAS J. LESTER | $ 3,628.30 | $ |
| Attorney for trustee | Hinshaw & Culbertson LLP | $ 3,827.50 | $ 42.90 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,674.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $ 2,000.00 | $ 2,000.00 |
| | Illinois Dept. of Revenue | $ 500.00 | $ 500.00 |
| | Internal Revenue Service | $ 620.00 | $ 620.00 |
| | Internal Revenue Service | $ 145.00 | $ 145.00 |
| | Internal Revenue Service | $ 620.00 | $ 620.00 |
| | Internal Revenue Service | $ 200.00 | $ 200.00 |
| | Internal Revenue Service | $ 145.00 | $ 145.00 |
| | Illinois Dept. of Revenue | $ 200.00 | $ 200.00 |
| 10A | Department of the Treasury-Internal Revenue Service | $ 509.53 | $ 509.53 |
| 15A | Sean Loeberg | $ 6,735.00 | $ 6,735.00 |

**UST Form 101-7-NFR (9/1/2009)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,281,687.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CIT Communications Financy Corp | $ 59,996.88 | $ 449.84 |
| 2 | Milo/Beavers | $ 1,556.76 | $ 11.67 |
| 3 | Thomson West | $ 291.14 | $ 2.18 |
| 4 | Hawkeye | $ 160.72 | $ 1.21 |
| 6 | USA Environmental, Inc. | $ 42,576.00 | $ 319.23 |
| 7 | RCM Laboratories, Inc. | $ 53,020.07 | $ 397.53 |
| 8 | First Enterprises Corp of Chicago | $ 8,328.00 | $ 62.44 |
| 9 | Hartman Electric Company | $ 923,122.75 | $ 6,921.36 |
| 10B | Department of the Treasury-Internal Revenue Service | $ 285.56 | $ 2.14 |
| 11 | Bovis Lend Lease, Inc. | $ 126,390.82 | $ 947.65 |
| 13 | Kates Detective Agency | $ 46,300.00 | $ 347.15 |
| 15B | Sean Loeberg | $ 6,340.43 | $ 47.54 |
| 16 | Essex | $ 8,746.14 | $ 65.58 |
| 17 | Jo-Carroll Energy | $ 4,572.00 | $ 34.28 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:  /s/THOMAS J. LESTER

Trustee

THOMAS J. LESTER
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Feb 25, 2010
Case: 06-70143               Form ID: pdf006         Total Noticed: 78
```

The following entities were noticed by first class mail on Feb 27, 2010.
```
db            +Savanna Depot Technologies Corporation,   1337 Oakton Lane,    Naperville, IL 60540-0344
aty           +Abraham Brustein,    Dimonte & Lizak, LLC,    216 W. Higgins Road,   Park Ridge, IL 60068-5706
aty           +Julia Jensen Smolka,    Dimonte & Lizak, LLC,    216 West Higgins Road,   Park Ridge, IL 60068-5706
aty           +Matthew M. Hevrin,    Hinshaw & Culbertson,    100 Park Avenue,    Rockford, IL 61101-1099
aty           +Thomas J Lester,    Hinshaw & Culbertson,    100 Park Avenue,    POB 1389,    Rockford, IL 61105-1389
aty           +Victoria R Glidden,    Hinshaw & Culbertson,    P. O. Box 1389,    Rockford, IL 61105-1389
tr             Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL  61105-1389
10611583      +ADP Easypay Elk Grove,    100 Northwest Point Blvd,    Elk Grove Village, IL 60007-1018
10587514      +Ace Hardware,    510 Main Street,    Savanna, IL 61074-1538
10587515      +Avaya Financial Services,    PO Box 463,    Livingston, NJ 07039-0463
10611584      +Boss Office Supply,    127 5th Ave South,    Clinton, IA 52732-4105
10611585      +Bovis Lend Lease Inc,    One North Wacker Dr,    Ste 850,    Chicago, IL 60606-2831
10587516      +Bovis Lend Lease, Inc.,    One North Wacker Drive,    Suite 850,    Chicago, IL 60606-2831
10587518     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court:  Chrysler Financial,    PO Box 551080,    Jacksonville, FL 32255)
10611580      +CIT Communications Financy Corp,    1CIT Drive Suite 4104A,    Livingston, NJ 07039-5703,
               Attn: Bankruptcy Dept
10587517      +Cafe Blue,    321 Main Street,    Savanna, IL 61074-1629
10587519      +Corey's Propane,    309 Main Street,    Savanna, IL 61074-1608
10647087      +Daniel Robinson,    200 Industrial Dr,    Hampshire, IL 60140-7909
10587520      +Deluxe Business Checks,    PO Box 1186,    Lancaster, CA 93584-1186
10587521      +Essex,    2 East 3rd Street,    Sterling, IL 61081-3615
10587522      +First Enterprises Corp of Chicago,    2154 Emily Drive,    Bolingbrook, IL 60490-4926
10587523      +Ford Credit,    PO Box 6440,    Colorado Springs, CO 80934
10611586      +GE Capital,    PO Box 3083,    Cedar Rapids, IA 52406-3083
10587526      +GE Capital,    PO Box 532671,    Atlanta, GA 30353-2671
10587524      +Gallatin River,    100 N. Cherry Street,    Galesburg, IL 61401-4587
10587525      +Gateway Supply,    1930 Roosevelt Street,    Clinton, IA 52732-2523
10587527      +Hartman Electric Company,    30 Martin Lane,    Elk Grove Village, IL 60007-1308
10587528     +++Hawkeye,    PO Box 635,    Clinton, IA 52733-0635
10587529      +Heapy Engineering LLC,    1400 W. Dorothy Lane,    Dayton, OH 45409-1310
10587530       Holleran, Shaw, Murphy & Stoutner,    86 Main Avenue,    PO Box 3055,    Clinton, IA 52732-3055
10587531      +Human Resource Services, Inc.,    9811 S. Vanderpoel,    Chicago, IL 60643-1233
10611581      +IFC Credit Corp,    8700 Waukegan Rd,    Morton Grove, IL 60053-2103
10587536     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10587532      +Illinois Department Employment Secu,    33 South State Street,    Chicago, IL 60603-2808
10587533       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10587534      +Illinois Secretary of State,    Department of Business Services,    Springfield, IL 62756-0001
10587535      +Independent Mechanical Industries,    4155 N. Knox Avenue,    Chicago, IL 60641-1915
10587537      +Ivar Azeris,    Clausen Miller, P.C.,    105 S. LaSalle Street,    Chicago, IL 60603-4103
10587539      +Jo-Carroll,    Local Receivable Authority,    18933 A Street,    Savanna, IL 61074-8662
10587540       Jo-Carroll Energy,    793 U.S. Route 20 West,    PO Box 390,    Elizabeth, IL 61028-0390
10611587      +John A Jackson,    Albright Advisors,    192 Betty Dr,    Barrington, IL 60010-5210
10647088      +John Reynolds,    4155 Knox Ave,    Chicago, IL 60641-1915
10587541      +Kates Detective Agency,    7810 South Claremont Avenue,    Chicago, IL 60620-5811
10587538      +Kates Detective Agency,    20 N. Clark Street,    Suite 800,    Chicago, IL 60602-4119
10611588      +Louis W Giokas,    1337 Oakton Lane,    Naperville, IL 60540-0344
10587542      +Martin A. Sandoval & Assoc, Inc.,    3529 West 57th Street,    Chicago, IL 60629-3803
10587543      +McGreevy Williams, P.C.,    6735 Vistagreen Way,    Rockford, IL 61107-5603
10647089      +Michael Sutherland,    3345 S Giles,    Chicago, IL 60616-3909
10647093      +Mike Weible,    2135 Fairway Court,    St Charles, IL 60174-5626
10647094      +Miles Ackman,    200 Industrial Dr,    Hampshire, IL 60140-7909
10587544      +Milo/Beavers,    611 Main Street,    Savanna, IL 61074-1539
10587545      +Northern Illinois Diesel,    PO Box 196,    Mount Carroll, IL 61053-0196
10587546      +Northwest Contractors,    609 E. Chicago Street,    Elgin, IL 60120-5760
10611589      +OSI Collection Services Inc,    PO Box 958,    Brookfield, WI 53008-0958
10587547      +Paul L. Troyke,    307 E. Granville,    Roselle, IL 60172-1437
10587548      +Paul R. Troyke,    55 Deske Court,    Roselle, IL 60172-1600
10647091      +Pelican Assoc Corp,    235 N Ogden,    Chicago, IL 60607-1505
10611590      +Pelican Associats Corp,    235 N Ogden,    Chicago, IL 60607-1505
10587549      +Philip Jensen,    303 North Bench Street,    Galena, IL 61036-1809
10611591      +Phillip A Jackman,    309 N Main St,    Galena, IL 61036-2326
10587550      +RCM Laboratories,    5400 East Avenue,    Countryside, IL 60525-3112
10094130      +RCM Laboratories, Inc.,    ATTN:  Thomas Marlin,    5400 East Ave.,    Countryside, IL 60525-3112
10587554      +RSM McGladrey,    191 North Wacker Drive,    Suite 1400,    Chicago, IL 60606-1921
10647092      +Ray Chin,    401 N Michigan Ave  #2900,    Chicago, IL 60611-5517
10587551      +River Cities Heating, Air,    Conditioning and Refrigeration Svc,    PO Box 441,
               Sabula, IA 52070-0441
10587552      +Riverport RR,    2750 Kinney Loop,    Suite 2,    Savanna, IL 61074-8642
10647090      +Sean Loeberg,    789 W Menzmer Rd,    Elizabeth, IL 61028-9444
10587555      +Siegfried Schulz,    62 Watergate,    South Barrington, IL 60010-9562
10587556      +Steven & Melissa Troyke,    227 W. North Avenue,    Bartlett, IL 60103-4010
10611592      +Tapo ventures LLC,    195 N Harbor Dr Ste 4601,    Chicago, IL 60601-7536
10611593      +The Hartford,    PO Box 2907,    Hartford, CT 06104-2907
11032246      +Thomas W Schlosser,    1350 23rd Ave North,    Clinton, IA 52732-1910
10611594     +++Thomson West,    610 Opperman Dr D6-11-3807,    Eagan, MN 55123-1340
10587557      +Times Video - Radio Shack,    218 Chicago Avenue,    Savanna, IL 61074-1918
10587558      +USA Environmental, Inc.,    720 Brooker Creek Blvd,    Suite 204,    Oldsmar, FL 34677-2937
10611595       WilTel Communications,    One Technology Center 13V,    Tulsa, OK 74103
10587559      +William A. Pope Company,    1024 Lunt Avenue,    Schaumburg, IL 60193-4419
```

```
District/off: 0752-3          User: cshabez        Page 2 of 2          Date Rcvd: Feb 25, 2010
Case: 06-70143                Form ID: pdf006      Total Noticed: 78
```

```
10587553       rkdixon,    5700 Utica Ridge Road,    Davenport, IA 52807-2943
```

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2010**                    **Signature:**        *Joseph Speetjens*