# Claims Proposed Distribution

## Case: 06-70143   SAVANNA DEPOT TECHNOLOGIES CORP.

**Case Balance:** $28,784.82    **Total Proposed Payment:** $28,784.82    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Secured Creditors | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,784.82 |
| | Hinshaw & Culbertson LLP <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 42.90 | 42.90 | 0.00 | 42.90 | 42.90 | 28,741.92 |
| | Hinshaw & Culbertson LLP <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,827.50 | 3,827.50 | 0.00 | 3,827.50 | 3,827.50 | 24,914.42 |
| | THOMAS J. LESTER <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,628.48 | 3,628.48 | 0.00 | 3,628.48 | 3,628.48 | 21,285.94 |
| | Illinois Dept. of Revenue | Priority | 0.00 | 500.00 | 0.00 | 500.00 | 500.00 | 20,785.94 |
| | Internal Revenue Service | Priority | 0.00 | 145.00 | 0.00 | 145.00 | 145.00 | 20,640.94 |
| | Internal Revenue Service | Priority | 0.00 | 620.00 | 0.00 | 620.00 | 620.00 | 20,020.94 |
| | Internal Revenue Service | Priority | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 18,020.94 |
| 15A | Sean Loeberg | Priority | 10,000.00 | 6,735.00 | 0.00 | 6,735.00 | 6,735.00 | 11,285.94 |
| 18 | Thomas W Schlosser | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,285.94 |
| NOTFILED | Louis W. Giokas | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,285.94 |
| | Illinois Dept. of Revenue | Priority | 0.00 | 200.00 | 0.00 | 200.00 | 200.00 | 11,085.94 |
| | Internal Revenue Service | Priority | 0.00 | 145.00 | 0.00 | 145.00 | 145.00 | 10,940.94 |
| | Internal Revenue Service | Priority | 0.00 | 200.00 | 0.00 | 200.00 | 200.00 | 10,740.94 |
| | Internal Revenue Service | Priority | 0.00 | 620.00 | 0.00 | 620.00 | 620.00 | 10,120.94 |
| 10A | Department of the Treasury-Internal Revenue Service | Priority | 509.53 | 509.53 | 0.00 | 509.53 | 509.53 | 9,611.41 |
| NOTFILED | IL Secretary of State | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,611.41 |
| NOTFILED | Illinois Dept. of Employment Security | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,611.41 |
| NOTFILED | Illinois Dept. of Revenue | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,611.41 |
| 1 | CIT Communications Financy Corp | Unsecured | 59,996.88 | 59,996.88 | 0.00 | 59,996.88 | 449.92 | 9,161.49 |
| 2 | Milo/Beavers | Unsecured | 1,556.76 | 1,556.76 | 0.00 | 1,556.76 | 11.67 | 9,149.82 |
| 3 | Thomson West | Unsecured | 291.14 | 291.14 | 0.00 | 291.14 | 2.18 | 9,147.64 |
| 4 | Hawkeye | Unsecured | 160.72 | 160.72 | 0.00 | 160.72 | 1.21 | 9,146.43 |
| 5 | RCM Laboratories, Inc. | Unsecured | 54,058.81 | 0.00 | 0.00 | 0.00 | 0.00 | 9,146.43 |
| 6 | USA Environmental, Inc. | Unsecured | 42,576.00 | 42,576.00 | 0.00 | 42,576.00 | 319.28 | 8,827.15 |
| 7 | RCM Laboratories, Inc. | Unsecured | 53,020.07 | 53,020.07 | 0.00 | 53,020.07 | 397.60 | 8,429.55 |
| 8 | First Enterprises Corp of Chicago | Unsecured | 8,328.00 | 8,328.00 | 0.00 | 8,328.00 | 62.45 | 8,367.10 |

# Claims Proposed Distribution

### Case: 06-70143   SAVANNA DEPOT TECHNOLOGIES CORP.

**Case Balance:** $28,784.82   **Total Proposed Payment:** $28,784.82   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | Hartman Electric Company | Unsecured | 923,122.75 | 923,122.75 | 0.00 | 923,122.75 | 6,922.52 | 1,444.58 |
| 10B | Department of the Treasury-Internal Revenue Service | Unsecured | 285.56 | 285.56 | 0.00 | 285.56 | 2.14 | 1,442.44 |
| 11 | Bovis Lend Lease, Inc. | Unsecured | 126,390.82 | 126,390.82 | 0.00 | 126,390.82 | 947.81 | 494.63 |
| 12 | Bovis Lend Lease, Inc. | Unsecured | 126,390.82 | 0.00 | 0.00 | 0.00 | 0.00 | 494.63 |
| 13 | Kates Detective Agency | Unsecured | 46,300.00 | 46,300.00 | 0.00 | 46,300.00 | 347.20 | 147.43 |
| 14 | Kates Detective Agency | Unsecured | 46,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.43 |
| 15B | Sean Loeberg | Unsecured | 0.00 | 6,340.43 | 0.00 | 6,340.43 | 47.55 | 99.88 |
| 16 | Essex | Unsecured | 8,746.14 | 8,746.14 | 0.00 | 8,746.14 | 65.59 | 34.29 |
| 17 | Jo-Carroll Energy | Unsecured | 4,572.00 | 4,572.00 | 0.00 | 4,572.00 | 34.29 | 0.00 |
| | **Total for Case 06-70143 :** | | **$1,520,104.88** | **$1,300,860.68** | **$0.00** | **$1,300,860.68** | **$28,784.82** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $7,498.88 | $7,498.88 | $0.00 | $7,498.88 | 100.000000% |
| **Total Priority Claims :** | $10,509.53 | $11,674.53 | $0.00 | $11,674.53 | 100.000000% |
| **Total Secured Claims :** | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $1,502,096.47 | $1,281,687.27 | $0.00 | $9,611.41 | 0.749903% |