IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case Number 06-70143 |
| | ) Chapter 7 |
| SAVANNA DEPOT TECHNOLOGIES CORP., | ) Honorable MANUEL BARBOSA |
| | ) |
| Debtor. | ) |

## CREDITORS WITH DIVIDENDS UNDER $5.00

| CREDITOR | DIVIDENDS |
|---|---|
| Thomas West Claim No. 3 | $2.18 |
| Hawkeye Claim No. 4 | $1.21 |
| Department of Treasury – IRS Claim No. 10 | $2.14 |

Dated: March 23, 2010

Respectfully submitted,

THOMAS J. LESTER, Trustee

By:   /s/ Thomas J. Lester

Thomas J Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
FAX: 815-490-4901

70635128v1 864599 14941