**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: SAVANNA DEPOT TECHNOLOGIES CORP. § Case No. 06-70143
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS J. LESTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $701,850.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $21,161.04 | Claims Discharged Without Payment: $1,282,206.29 |
| Total Expenses of Administration: $7,498.88 | |

3) Total gross receipts of $ 28,784.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $28,784.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $560,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 7,498.88 | 7,498.88 | 7,498.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 10,393.12 | 10,509.53 | 11,674.53 | 11,674.53 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 1,662,742.31 | 1,502,102.00 | 1,281,692.80 | 9,486.51 |
| TOTAL DISBURSEMENTS | $2,233,135.43 | $1,520,110.41 | $1,300,866.21 | $28,659.92 |

4) This case was originally filed under Chapter 7 on February 07, 2006.
. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2010          By: /s/THOMAS J. LESTER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Harris Bank of Naperville-Checking account | 1110-000 | 3,481.50 |
| Computers, copiers, printers-See Exhibit A | 1129-000 | 25,000.00 |
| Interest Income | 1270-000 | 303.32 |
| **TOTAL GROSS RECEIPTS** | | **$28,784.82** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Secured Creditors | 4210-000 | 560,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$560,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS J. LESTER | 2100-000 | N/A | 3,628.48 | 3,628.48 | 3,628.48 |
| Hinshaw & Culbertson LLP | 3110-000 | N/A | 3,827.50 | 3,827.50 | 3,870.40 |
| Hinshaw & Culbertson LLP | 3120-000 | N/A | 42.90 | 42.90 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,498.88 | 7,498.88 | 7,498.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5300-000 | N/A | N/A | 2,000.00 | 2,000.00 |
| Illinois Dept. of Revenue | 5300-000 | N/A | N/A | 500.00 | 500.00 |
| Internal Revenue Service | 5300-000 | N/A | N/A | 620.00 | 620.00 |
| Internal Revenue Service | 5300-000 | N/A | N/A | 145.00 | 145.00 |
| Internal Revenue Service | 5800-000 | N/A | N/A | 620.00 | 620.00 |
| Internal Revenue Service | 5800-000 | N/A | N/A | 200.00 | 200.00 |
| Internal Revenue Service | 5800-000 | N/A | N/A | 145.00 | 145.00 |
| Illinois Dept. of Revenue | 5800-000 | N/A | N/A | 200.00 | 200.00 |
| Department of the Treasury-Internal Revenue | 5800-000 | 293.12 | 509.53 | 509.53 | 509.53 |
| Sean Loeberg | 5300-000 | N/A | 10,000.00 | 6,735.00 | 6,735.00 |

UST Form 101-7-TDR (9/1/2009)

| Claimant | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Thomas W Schlosser | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| Louis W. Giokas | 5300-000 | 10,000.00 | N/A | N/A | 0.00 |
| Illinois Dept. of Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |
| IL Secretary of State | 5800-000 | 100.00 | N/A | N/A | 0.00 |
| Illinois Dept. of Employment Security | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 10,393.12 | 10,509.53 | 11,674.53 | 11,674.53 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT Communications Financy Corp | 7100-000 | N/A | 59,996.88 | 59,996.88 | 449.92 |
| Milo/Beavers | 7100-000 | 1,526.24 | 1,556.76 | 1,556.76 | 11.67 |
| Thomson West | 7100-000 | 291.14 | 291.14 | 291.14 | 0.00 |
| Hawkeye | 7100-000 | 160.72 | 160.72 | 160.72 | 0.00 |
| RCM Laboratories, Inc. | 7100-000 | N/A | 54,058.81 | 0.00 | 0.00 |
| USA Environmental, Inc. | 7100-000 | 42,576.00 | 42,576.00 | 42,576.00 | 319.28 |
| RCM Laboratories, Inc. | 7100-000 | 51,981.19 | 53,020.07 | 53,020.07 | 397.60 |
| First Enterprises Corp of Chicago | 7100-000 | unknown | 8,328.00 | 8,328.00 | -62.45 |
| Hartman Electric Company | 7100-000 | 1,380,198.06 | 923,122.75 | 923,122.75 | 6,922.52 |
| Department of the Treasury-Internal Revenue | 7100-000 | N/A | 285.56 | 285.56 | 0.00 |
| Bovis Lend Lease, Inc. | 7100-000 | 126,390.82 | 126,390.82 | 126,390.82 | 947.81 |
| Bovis Lend Lease, Inc. | 7100-000 | N/A | 126,390.82 | 0.00 | 0.00 |
| Kates Detective Agency | 7100-000 | 46,300.00 | 46,300.00 | 46,300.00 | 347.20 |
| Kates Detective Agency | 7100-000 | N/A | 46,300.00 | 0.00 | 0.00 |
| Sean Loeberg | 7100-000 | N/A | N/A | 6,340.43 | 47.55 |
| Essex | 7100-000 | 8,746.14 | 8,746.14 | 8,746.14 | 65.59 |
| Jo-Carroll Energy | 7100-000 | 4,572.00 | 4,572.00 | 4,572.00 | 34.29 |
| Clerk of the Bankruptcy Court | 7100-000 | N/A | 5.53 | 5.53 | 5.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,662,742.31 | 1,502,102.00 | 1,281,692.80 | 9,486.51 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-70143  
Case Name: SAVANNA DEPOT TECHNOLOGIES CORP.  
Period Ending: 10/07/10

Trustee: (330330) THOMAS J. LESTER  
Filed (f) or Converted (c): 02/07/06 (f)  
§341(a) Meeting Date: 03/16/06  
Claims Bar Date: 11/29/06

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris Bank of Naperville-Checking account | 3,501.50 | 3,501.50 | | 3,481.50 | FA |
| 2 | Digital camera | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2 Steyer M9 pistol | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1 Ruger P89 pistol | 350.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1 Pana Ordinace L14.95 Pistol | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Central Mutual Insurance Company c/o Broadmoor Agency 202 W. State Street Suite 200 Rockford, IL 61101 Policy Number 7554429 General Commercial Liability-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Potential unliquidated, contingent claim against William Lynes for Breach of Fiduciary Duty | Unknown | 0.00 | DA | 0.00 | FA |
| 8 | Potential unliquidated, contingent claim against Charles Rose for negligence | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Computers, copiers, printers-See Exhibit A | 10,000.00 | 10,000.00 | | 25,000.00 | FA |
| 10 | Heavy equipment-leased from IFC Credit See attached Exhibit B*not making any legal conclusion that this equipment is a true lease or financing arrangement/purchase | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interest (u) | Unknown | N/A | | 303.32 | Unknown |
| 11 | Assets    Totals (Excluding unknown values) | $715,351.50 | $13,501.50 | | $28,784.82 | $0.00 |

**Major Activities Affecting Case Closing:**

Order entered on 2/1/10 authorizing the Trustee to file a final Report and holding the Estate and Trustee harmless from any further liability for the payment of taxes to any tax authorities and from the filing of any Estate Tax Returns on the basis that the Debtor failed to file Tax Returns for years 2004 and 2005, the Trustee was unable to locate any information relating to federal or state taxes the Debtor paid in years prior to year 2003, the last Balance Sheet the Trustee recovered is for the fiscal year year ending 9/30/04, and the Trustee has no business records after fiscal year 2004 through the date of the bankruptcy case filing on 2/7/06 to provide to his accountants to prepare and file Estate Tax Returns. The IRS filed an allowed priority claim against the estate in the amount of $509.53 and an unsecured claim in the amount of $285.56. No other taxing authority filed a claim against the Estate.

Printed: 10/07/2010 03:00 PM    V.12.08

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-70143  
**Case Name:** SAVANNA DEPOT TECHNOLOGIES CORP.  
**Period Ending:** 10/07/10

**Trustee:** (330330) THOMAS J. LESTER  
**Filed (f) or Converted (c):** 02/07/06 (f)  
**§341(a) Meeting Date:** 03/16/06  
**Claims Bar Date:** 11/29/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 15, 2007  
**Current Projected Date Of Final Report (TFR):** February 1, 2010

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-70143 | | Trustee: | THOMAS J. LESTER (330330) |
| --- | --- | --- | --- | --- |
| Case Name: | SAVANNA DEPOT TECHNOLOGIES CORP. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*92-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6624 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/07/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/21/06 | {9} | Illinois Information Management LLC | Pursuant to order entered 9/13/06. | 1129-000 | 25,000.00 | | 25,000.00 |
| 09/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.72 | | 25,002.72 |
| 10/31/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.52 | | 25,020.24 |
| 11/30/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.44 | | 25,036.68 |
| 12/29/06 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.90 | | 25,052.58 |
| 01/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.70 | | 25,069.28 |
| 02/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.49 | | 25,081.77 |
| 03/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.39 | | 25,095.16 |
| 04/26/07 | {1} | Harris N.A. | Closing of Checking Account | 1110-000 | 3,481.50 | | 28,576.66 |
| 04/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.90 | | 28,590.56 |
| 05/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.77 | | 28,606.33 |
| 06/29/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.76 | | 28,621.09 |
| 07/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.30 | | 28,637.39 |
| 08/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.80 | | 28,653.19 |
| 09/28/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.28 | | 28,667.47 |
| 10/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.83 | | 28,684.30 |
| 11/30/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.92 | | 28,699.22 |
| 12/31/07 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.61 | | 28,713.83 |
| 01/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 13.12 | | 28,726.95 |
| 02/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.89 | | 28,732.84 |
| 03/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.33 | | 28,738.17 |
| 04/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.00 | | 28,742.17 |
| 05/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.59 | | 28,745.76 |
| 06/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.65 | | 28,749.41 |
| 07/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.65 | | 28,753.06 |
| 08/29/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.41 | | 28,756.47 |
| 09/30/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.77 | | 28,760.24 |
| 10/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.13 | | 28,763.37 |
| 11/28/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.26 | | 28,765.63 |
| 12/31/08 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 28,767.66 |
| 01/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,768.83 |
| 02/27/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,769.92 |
| 03/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,771.17 |
| 04/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,772.34 |
| 05/29/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,773.47 |
| 06/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 28,774.72 |
| 07/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,775.93 |

Subtotals :   $28,775.93   $0.00

{} Asset reference(s)   Printed: 10/07/2010 03:00 PM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-70143 |
| Case Name: | SAVANNA DEPOT TECHNOLOGIES CORP. |
| Taxpayer ID #: | **-***6624 |
| Period Ending: | 10/07/10 |

| | |
|---|---|
| Trustee: | THOMAS J. LESTER (330330) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****92-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,777.14 |
| 09/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,778.31 |
| 10/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 28,779.48 |
| 11/30/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,780.69 |
| 12/31/09 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,781.90 |
| 01/29/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 28,783.03 |
| 02/26/10 | {11} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 28,784.12 |
| 03/17/10 | {11} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.70 | | 28,784.82 |
| 03/17/10 | | To Account #********9266 | Closing Interest on Account | 9999-000 | | 28,784.82 | 0.00 |
| | | | ACCOUNT TOTALS | | 28,784.82 | 28,784.82 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 28,784.82 | |
| | | | Subtotal | | 28,784.82 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $28,784.82 | $0.00 | |

{} Asset reference(s)

Printed: 10/07/2010 03:00 PM   V.12.08

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 06-70143 | Trustee: THOMAS J. LESTER (330330) |
| Case Name: SAVANNA DEPOT TECHNOLOGIES CORP. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****92-66 - Checking Account |
| Taxpayer ID #: **-***6624 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 10/07/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/10 | | From Account #********9265 | Closing Interest on Account | 9999-000 | 28,784.82 | | 28,784.82 |
| 03/23/10 | 101 | Hinshaw & Culbertson LLP | | 3110-000 | | 3,870.40 | 24,914.42 |
| 03/23/10 | 102 | THOMAS J. LESTER | | 2100-000 | | 3,628.48 | 21,285.94 |
| 03/23/10 | 103 | Sean Loeberg | | 5300-000 | | 6,735.00 | 14,550.94 |
| 03/23/10 | 104 | Department of the Treasury-Internal Revenue Service | | 5800-000 | | 509.53 | 14,041.41 |
| 03/23/10 | 105 | Illinois Dept. of Revenue | | 5300-000 | | 500.00 | 13,541.41 |
| 03/23/10 | 106 | Internal Revenue Service | | 5300-000 | | 2,000.00 | 11,541.41 |
| 03/23/10 | 107 | Illinois Dept. of Revenue | | 5800-000 | | 200.00 | 11,341.41 |
| 03/23/10 | 108 | Internal Revenue Service | | 5800-000 | | 200.00 | 11,141.41 |
| 03/23/10 | 109 | Internal Revenue Service | | 5300-000 | | 145.00 | 10,996.41 |
| 03/23/10 | 110 | Internal Revenue Service | | 5800-000 | | 145.00 | 10,851.41 |
| 03/23/10 | 111 | Internal Revenue Service | | 5300-000 | | 620.00 | 10,231.41 |
| 03/23/10 | 112 | Internal Revenue Service | | 5800-000 | | 620.00 | 9,611.41 |
| 03/23/10 | 113 | Milo/Beavers | | 7100-000 | | 11.67 | 9,599.74 |
| 03/23/10 | 114 | CIT Communications Financy Corp | | 7100-000 | | 449.92 | 9,149.82 |
| 03/23/10 | 115 | USA Environmental, Inc. | | 7100-000 | | 319.28 | 8,830.54 |
| 03/23/10 | 116 | RCM Laboratories, Inc. | | 7100-000 | | 397.60 | 8,432.94 |
| 03/23/10 | 117 | First Enterprises Corp of Chicago | Stopped on 10/07/10 | 7100-000 | | ! 62.45 | 8,370.49 |
| 03/23/10 | 118 | Hartman Electric Company | | 7100-000 | | 6,922.52 | 1,447.97 |
| 03/23/10 | 119 | Bovis Lend Lease, Inc. | | 7100-000 | | 947.81 | 500.16 |
| 03/23/10 | 120 | Kates Detective Agency | | 7100-000 | | 347.20 | 152.96 |
| 03/23/10 | 121 | Sean Loeberg | | 7100-000 | | 47.55 | 105.41 |
| 03/23/10 | 122 | Essex | | 7100-000 | | 65.59 | 39.82 |
| 03/23/10 | 123 | Jo-Carroll Energy | | 7100-000 | | 34.29 | 5.53 |
| 03/23/10 | 124 | Clerk of the Bankruptcy Court | General Unsecured Claim under $5.00 | 7100-000 | | 5.53 | 0.00 |
| 07/23/10 | | Wire out to BNYM account 9200******9266 | Wire out to BNYM account 9200******9266 | 9999-000 | -62.45 | | -62.45 |
| 10/07/10 | 117 | First Enterprises Corp of Chicago | Stopped: check issued on 03/23/10 | 7100-000 | | ! -62.45 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 28,722.37 | 28,722.37 | $0.00 |
| Less: Bank Transfers | | 28,722.37 | 0.00 | |
| Subtotal | | 0.00 | 28,722.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $28,722.37 | |

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 10/07/2010 03:00 PM    V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06-70143 | | Trustee: | THOMAS J. LESTER (330330) |
|---|---|---|---|---|
| Case Name: | SAVANNA DEPOT TECHNOLOGIES CORP. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-66 - Checking Account |
| Taxpayer ID #: | **-***6624 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | 9999-000 | 62.45 | | 62.45 |
| 08/06/10 | 10125 | U.S. Bankruptcy Court | Unclaimed Funds | 7100-000 | | 62.45 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 62.45 | 62.45 | $0.00 |
| Less: Bank Transfers | | 62.45 | 0.00 | |
| Subtotal | | 0.00 | 62.45 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $62.45 | |

| Net Receipts : | 28,784.82 |
|---|---|
| Net Estate : | $28,784.82 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****92-65 | 28,784.82 | 0.00 | 0.00 |
| Checking # ***-*****92-66 | 0.00 | 28,722.37 | 0.00 |
| Checking # 9200-*******92-66 | 0.00 | 62.45 | 0.00 |
| | $28,784.82 | $28,784.82 | $0.00 |

{} Asset reference(s)

Printed: 10/07/2010 03:00 PM   V.12.08